William C. Acevedo (Bar No. 194106)
STRATAGEM LLP
1450 Maria Lane, Suite 200
Walnut Creek, California 94596
Phone: (510) 270-4773
Email: wacevedo@stratagemcounsel.com

Attorney for Defendant TA Fintech Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KIDD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TA FINTECH INC. D/B/A TRADEALGO,<br><br>Defendant. | Case No. 2:25-cv-01944-DJC-JDP<br><br>**FIRST STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO COMPLAINT BY NOT MORE THAN 28 DAYS**<br>**(L.R. 144; FRCP 6)**<br><br>Complaint Served: July 29, 2025<br>Current Response Date: August 19, 2025<br>New Response Date: September 16, 2025 |



**STIPULATION**

WHEREAS, Plaintiff Robert Kidd ("Plaintiff") filed Case No. 2:25-cv-01944-DJC-JDP against Defendant TA Fintech Inc. ("Defendant") on July 11, 2025;

WHEREAS, Plaintiff served its Summons and Complaint on Defendant on July 29, 2025;

WHEREAS, Defendant is required to serve its answer and/or respond to Plaintiff's Complaint by August 19, 2025, twenty-one (21) days after service of the Summons and Complaint;

WHEREAS, Defendant has requested and Plaintiff has agreed to a 28-day extension of time for such response and/or answer in light of the fact that the parties are engaging in settlement discussions that may limit the issues to be raised in this action and/or resolve the matter in its entirety, and in the event that settlement cannot be reached, due to the number and importance of the issues raised in the Complaint that must be addressed in Defendant's response thereto, the Parties believe that good cause exists for the extension of the time for Defendant to respond to the Complaint;

WHEREAS, this is Defendant's first request to extend time to respond to the initial Complaint;

WHEREAS Civil Local Rule 144 states, in pertinent part, that "[u]nless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint, cross-claim or counterclaim . . . may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation;"

WHEREAS, counsel for Plaintiff and Defendant are advised of the Court's Standing Order in Civil Cases stating that "[n]o stipulations extending scheduling requirements or modifying applicable rules are effective until and unless the Court approves them," the Parties bring this stipulation to the Court's attention and respectfully seek the Court's approval;

NOW, THEREFORE, pursuant to Civil Local Rule 144 and Fed. R. Civ. P. 6, Plaintiff, by and through his attorney(s) of record, and Defendant, by and through its attorney(s) of record,

1  hereby stipulate to an extension of time for twenty-eight (28) days for Defendant to file a
2  responsive pleading to the Complaint filed by Plaintiff in this action such that Defendant's
3  response shall be due on Tuesday, September 16, 2025.
4        IT IS SO STIPULATED.
5  Dated: August 19, 2025                    EDELSBERG LAW, P.A.
6
7                                            By:  /s/ *Scott Edelsberg*
                                                  Scott Edelsberg
8                                                 Attorneys for Plaintiff Robert Kidd
9
10 Dated: August 19, 2025                    STRATAGEM LLP
11
12                                           By:  /s/ *William C. Acevedo*
                                                  William C. Acevedo
13                                                Attorneys for Defendant TA Fintech Inc.

28                                            3

# ORDER

Pursuant to the parties' stipulation, which the Court finds good cause to approve, IT IS ORDERED that Defendant TA Fintech Inc.'s deadline to respond to or otherwise answer Plaintiff Robert Kidd's Complaint is extended to September 16, 2025.

IT IS SO ORDERED.

Dated:  August 19, 2025                    /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE