# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KIDD, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>vs.<br><br>TA FINTECH INC. D/B/A TRADEALGO,<br><br>　　　Defendant. | Case No. 2:25-cv-01944-DJC-JDP<br><br>**ORDER** |

**WHEREFORE,** this Court hereby **GRANTS** the Parties' Joint Motion for Administrative Relief and Orders:

1. The October 9, 2025, Initial Scheduling Conference is hereby VACATED; and
2. The Parties are to brief the issue of bifurcation of discovery on the following schedule:
   a. Motion to Bifurcate Discovery on October 24, 2025;
   b. Opposition to Motion to Bifurcate Discovery on November 7, 2025;
   c. Reply in Support of Motion to Bifurcate Discovery on November 14, 2025.
   d. Defendant shall notice the motion for hearing on December 18, 2025 at 1:30 PM.

Dated: October 8, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE