

United States District Court
Eastern District of California

| ROBERT KIDD |
|---|

Plaintiff(s)

Case Number: | 2:25-cv-01944-DJC-JDP |
|---|

V.

| TA FINTECH INC D/B/A TRADEALGO |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Christopher Berman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Robert Kidd

On _____09/25/2018_____ (date), I was admitted to practice and presently in good standing in the

_____Florida_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____10/14/2025_____     Signature of Applicant: /s/ Christopher Berman _____

**Pro Hac Vice Attorney**

Applicant's Name: Christopher Berman

Law Firm Name: Shamis & Gentile, P.A.

Address: 14 NE 1st Ave., Suite 705

City: Miami          State: FL     Zip: 33132

Phone Number w/Area Code: (305) 479-2299

City and State of Residence: Coconut Creek, Florida

Primary E-mail Address: cberman@shamisgentile.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Scott Edelsberg

Law Firm Name: Edelsberg Law, P.A.

Address: 1925 Century Park E, Suite 1700

City: Los Angeles          State: CA     Zip: 90067

Phone Number w/Area Code: (305) 975-3320          Bar # 330990

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 14, 2025

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE