1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT KIDD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TA FINTECH INC. D/B/A TRADEALGO,

Defendant.

Case No. 2:25-cv-01944-DJC-JDP

**ORDER RE: STIPULATION TO PROCEED WITH DISCOVERY**

## <u>ORDER</u>

Pursuant to the October 24, 2025 stipulation between Plaintiff Robert Kidd and Defendant TA Fintech Inc., which the Court finds good cause to approve, IT IS ORDERED that:

1.  The Motion to Bifurcate Discovery briefing schedule and hearing date set forth in the Court's October 9, 2025 Order (ECF No. 17) is **VACATED**.

2.  The parties shall file an updated joint status report pursuant to this Court's Initial Case Management Order, ECF No. 3, within fourteen (14) days.

IT IS SO ORDERED.

Dated:  October 24, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE