**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Classes*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KIDD, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>TA FINTECH INC. D/B/A TRADEALGO,<br><br>        Defendant. | Case No. 2:25-cv-01944<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION (L.R. 143)** |

**STIPULATION AND PROPOSED ORDER RE: CASE STAY PENDING MEDIATION**

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kidd ("Plaintiff"), and Defendant TA Fintech Inc. d/b/a TradeAlgo ("Defendant"), by and through their respective counsel of record, and pursuant to L.R. 143, as follows:

WHEREAS, Plaintiff filed this putative class action on July 11, 2025. [DE 1].

WHEREAS, Defendant filed its Answer with Jury Demand on September 16, 2025. [DE 7].

WHEREAS, the Parties filed a Joint Scheduling Report on September 26, 2025. [DE 11].

WHEREAS, the Court issued an Order on October 9, 2025, vacating the Initial Scheduling Conference and directing the parties to brief the issue of bifurcation of discovery, with a Motion Hearing set for December 18, 2025. [DE 17].

WHEREAS, the Parties filed a Stipulation and Proposed Order on October 24, 2025, regarding Defendant's intent to not proceed with bifurcated discovery. [DE 20].

WHEREAS, the Court issued an Order on October 27, 2025, vacating the Motion to Bifurcate Discovery briefing schedule and the December 18, 2025 hearing date. The Court directed the parties to file an updated joint status report within 14 days. [DE 21].

WHEREAS, the Parties have agreed to discuss potential early resolution of this matter and have selected a mediator for a mediation scheduled on January 22, 2026.

WHEREAS, the Parties further agree that it would be beneficial to stay the matter, including all deadlines and proceedings, until February 1, 2026, to allow the Parties to focus their efforts and resources on potential resolution of the matter.

The Parties respectfully request that the Court enter an order accordingly.

2
**STIPULATION AND PROPOSED ORDER RE: CASE STAY PENDING MEDIATION**

Dated: November 4, 2025    Respectfully submitted,

**EDELSBERG LAW, P.A.**
By: */s/ Scott Edelsberg*
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Classes*

**STRATAGEM LLP**
By: */s/ William C. Acevedo*
William C. Acevedo (Bar No. 194106)
1450 Maria Lane, Suite 200
Walnut Creek, California 94596
Phone: (510) 270-4773
Email: wacevedo@stratagemcounsel.com

**EPGD Attorneys at Law**
Oscar A. Campos, Esq. (*pro hac vice*)
777 S.W. 37th Avenue, Suite 510
Miami, FL 33135
Phone: (786) 837-6787
Email: ocampos@epgdlaw.com

*Counsel for Defendant TA Fintech Inc. d/b/a TradeAlgo*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KIDD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TA FINTECH INC. D/B/A TRADEALGO,<br><br>Defendant. | Case No. 2:25-cv-01944<br><br>**ORDER TO STAY ACTION PENDING MEDIATION** |

Based on a Stipulation between the Parties for a stay pending mediation, IT IS HEREBY ORDERED that all deadlines be stayed until February 1, 2026 and a Joint Status Report is due within 7 days of the mediation.

Dated: November 4, 2025

/s/ Daniel J. Calabretta
HON. DANIEL J. CALABRETTA
UNITED STATES DISTRICT COURT JUDGE