**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT KIDD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TA FINTECH INC. D/B/A TRADEALGO,<br><br>Defendant. | Case No. 2:25-cv-01944-DJC-JDP<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Robert Kidd, and Defendant, Farmers Group, Inc., pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), do hereby stipulate to the dismissal this action as follows:

1. All claims of the Plaintiff, Robert Kidd, individually, are hereby dismissed without prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice, with each party to bear their own fees and costs.

Dated: January 29, 2026

Respectfully submitted,

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

Dated: January 29, 2026

Respectfully submitted,

By: */s/ Oscar A. Campos*

**EPGD Attorneys at Law**
Oscar A. Campos, Esq. (pro hac vice)
777 S.W. 37th Avenue, Suite 510
Miami, FL 33135
Phone: (786) 837-6787
Email: ocampos@epgdlaw.com

**STRATAGEM LLP**
William C. Acevedo (Bar No. 194106)
1450 Maria Lane, Suite 200

Walnut Creek, California 94596
Phone: (510) 270-4773
Email: wacevedo@stratagemcounsel.com

*Counsel for Defendant, Ta Fintech Inc. d/b/a TradeAlgo*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,
*/s/ Scott Edelsberg*